IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HL INTERMEDIATE HOLDCO INC., <br><br> Plaintiff, <br><br> v. <br><br> N.B. LOVE INDUSTRIES PTY. LTD., WILLIAM KAHN, LOUIS CUCCIA, and BILL GERARD, <br><br> Defendants. | Civil Action No. 15-cv-1169-SLR |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE  }
                   }SS.
NEW CASTLE COUNTY  }

I, Michael J. Farnan, an attorney of Farnan LLP, being duly sworn, says that on December 18, 2015, our co-counsel, Joseph L. Clasen of Robinson & Cole LLP, served copies of the Summons and Complaint via Federal Express and Regular mail on the above captioned Defendants in accordance with §§ 7.02 & 7.10 of the April 25, 2014 Agreement and Plan of Merger. A copy of the December 18, 2015 cover letter is attached as Exhibit A. Service was completed on all Defendants on December 22, 2015. Copies of the Federal Express shipping confirmations are attached as Exhibit B.

_____
Michael J. Farnan

SWORN TO and subscribed in my presence this 12 day of January, 2016.

_____
NOTARY PUBLIC

My commission expires:
Attorney at Law
DE Bar No. 3655